```
 1  BRYAN D. PRESS, (NJ Bar #017041984)
    24-06 Broadway, Suite 4
 2  Fair Lawn, New Jersey 07410                          MADE JS-6
    Telephone:  (201) 703-5001
 3  Facsimile:  (201) 703-5004
    E-mail: bdp1@verizon.net
 4
    MICHAEL L. SWAIN (133260)
 5  JOHN G. NURSALL (134392)
    SWAIN & DIPOLITO LLP
 6  555 East Ocean Boulevard, Suite 600
    Long Beach, California 90802
 7  Telephone:  (562) 983-7833
    Facsimile:  (562) 983-7835
 8  E-mail: mswain@swaindipolito.com

 9  Attorneys for Plaintiff,
    BP LUBRICANTS, USA, INC.
10
```

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13

```
14  BP LUBRICANTS USA, INC.,       )    Case No.
                                   )    CV 10-9608-GW(RZx)
15              Plaintiff,         )
                                   )    Honorable George H. Wu
16       vs.                       )
                                   )    JUDGMENT
17  A.P. FISCHER, INC.,            )
                                   )
18              Defendants.        )
    ───────────────────────────────)
```

19

20

21

22

23

24

25  ///

26  ///

27  ///

28  ///

- 1 -

[Proposed] Judgment

1    IT IS HEREBY ADJUDGED, ORDERED AND DECREED that Plaintiff BP
2 LUBRICANTS USA, INC. have Judgment against Defendant A.P.
3 FISCHER, INC. in the sum of $60,000.00.  Each party shall bear
4 its own attorney's fees and costs of suit.

6 Dated: January 4, 2012           _____
                                    GEORGE H. WU, U.S. DISTRICT JUDGE

9 Submitted the ____ day of
  December, 2011, by:
10 SWAIN & DIPOLITO LLP

12 _____
   MICHAEL L. SWAIN